■ In the Matter of SANDRA BOYER, Respondent, v. ANTHONY BOYER, Appellant.— In a support proceeding, the appeal is from an order of the Family Court, Queens County, dated January 31, 1974, which directed appellant to pay $100 biweekly for support of the daughter of his first marriage. Order modified, on the facts, by reducing the support direction to $50 semi-monthly. As so modified, order affirmed, without costs. To the extent indicated herein, the direction of the trial court was excessive. Latham, Acting P. J., Shapiro, Cohalan, Brennan and Benjamin, JJ., concur.